for review as untimely was arbitrary, an abuse of discretion, or otherwise not in accordance with the law.

CONCLUSION

For the reasons set forth above, and because we find Mr. Alexander's remaining arguments are without merit, the Board's decision is

AFFIRMED

COSTS

No costs.

MOVE, INC., National Association of Realtors, National Association of Home Builders, Plaintiffs/Counterclaim Defendants–Appellees

Re/Max International, Inc., Advanced Access, Eneighborhoods, LLC, Keller Williams Realty, Inc., Norcal Gold, Inc., DBA Re/Max Gold, Inc., Frank Howard Allen Realtors, Alain Pinel Realtors, Inc., Brad Korb, Christy Morrison, Paymon Ghafouri, Orange County Multiple Listing Service, Inc., DBA Southern California MLS, Metropolitan Multi–List, Inc., DBA Georgia MLS, Inc., Metrolist Services, Inc., Delaware Valley Real Estate Information Network, Inc., DBA Trend, National Association of New Home Builders, Pulte Homes, Inc., The Ryland Group, Inc., Shea Homes, Taylor Morrison, Inc., fka Taylor Woodrow,

Inc., Avalonbay Communities, Inc., Essex Property Trust Inc., BRE Properties, Inc., Riverstone Residential Group, LLC, Rapattoni Corporation, The First American Corporation, Fidelity National Real Estate Solutions, LLC, Birdview.Com, Inc., DBA Birdview Technologies, Ihomefinder, INC., CIS Data Systems, Inc., Delta Media Group, Inc., Diverse Solutions, LLC, Wanisoft Corporation, Counterclaim Defendants

v.

REAL ESTATE ALLIANCE LTD., Defendant/Counterclaimant–Appellant

Equias Technology Development LLC, Defendant/Counterclaimant.

No. 2014–1657.

United States Court of Appeals, Federal Circuit.

July 15, 2015.

Robin L. McGrath, Paul Hastings LLP, Atlanta, GA, argued for plaintiffs/counterclaim defendants-appellees. Also represented by Frank G. Smith, III, Alston & Bird LLP, Atlanta, GA.

Lawrence Alan Husick, Lawrence A. Husick Law Offices, Southeastern, PA, argued for defendant/counterclaimant-appellant. Also represented by Colin A. Underwood; Louis Mark Solomon, Cadwalader, Wickersham & Taft LLP, New York, NY.

LOURIE, SCHALL, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See Fed.* **Cir. R. 36.**

---

**Leo Joe COOPER, Jr., Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7106.

United States Court of Appeals, Federal Circuit.

July 15, 2015.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

Loren Misha Preheim, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; Y. Ken Lee, Amanda R. Blackmon, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, NEWMAN and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**ARGENTUM MEDICAL, LLC, Plaintiff/Counterclaim Defendant**

**Gregg Silver, Thomas Miller, Counterclaim Defendants–Appellants**

v.

**NOBLE BIOMATERIALS, Defendant/Counterclaimant**

**Derma Sciences, Inc., Defendant/Counterclaimant**

**Noble Fiber Technologies, LLC, Third Party Defendant.**

No. 2015–1057.

United States Court of Appeals, Federal Circuit.

July 15, 2015.